

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: January 25, 2021

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *B.L. and J.L. obo J.L. v. New York City Dep't of Educ.*,
      20 Civ. 6891 (PGG)

Dear Judge Gardephe,

This firm has recently assumed the representation of Defendant New York City Department of Education in the above-referenced matter, wherein Plaintiffs seek attorneys' fees and related costs following an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq*. I write on behalf of all parties to respectfully request an adjournment of the initial conference scheduled for 9:45 a.m. on January 28, 2021, *sine die*, and to propose that the parties submit a status letter no later than 60 days from today, i.e., March 23, 2021, to the extent this matter has not been fully resolved by that date. Should that be the case, the parties will advise the Court whether they believe a settlement conference with the Court will facilitate the negotiation of a settlement, or if not, we will submit a jointly-proposed briefing schedule for dispositive motion practice. This is the first request for an adjournment of the initial conference.

The requested extension will provide the parties with additional time to work toward settlement, and the parties are hopeful this case will fully resolve without the need for further judicial intervention.

Accordingly, the parties respectfully request that the conference scheduled for 9:45 a.m. on January 28, 2021 be adjourned *sine die*, and that a status letter be due no later than March 23, 2021. We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/

Evan F. Jaffe

cc:   Adam Dayan, Esq. (VIA ECF)
      *Attorneys for Plaintiffs*